AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. NA

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* CITY OF FRISCO City Attorney's Office was received by me on *(date)* Oct 7, 2026, 11:59 am.

- [X] I personally served the summons on the individual at *(place)* 6101 FRISCO SQUARE BOULEVARD, FRISCO, TX 75034 on *(date)* Thu, Oct 22 2026 ; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a copy to the individual's last known address; or
- [ ] I served the summons on *(name of individual)* ____________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ on *(date)* ____________________; or
- [ ] I returned the summons unexecuted because: ____________________; or
- [ ] Other: ____________________; or

My fees are $ ____________________ for travel and $ ____________________ for services, for a total of $ $87.80.

I declare under penalty of perjury that this information is true.

Date: 10/25/2026

Server's signature

Abdulkadiri Ibrahim PSC24281

*Printed name and title*

3333 NORRIS ST, PLANO, TX 75074

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 22, 2026, 11:06 am CDT at 6101 FRISCO SQUARE BOULEVARD, FRISCO, TX 75034 received by CITY OF FRISCO City Attorney's Office, accepted by Senior Administrative Assistant Andrea Christian. Ethnicity: Native American; Gender: Female;
I visited the listed address and met with Andrea Christian, Senior Administrative Assistant in the City Secretary's Office. She confirmed that she was authorized to accept service of process on behalf of the City of Frisco. I handed the summons and accompanying legal documents to her, and she accepted them without objection.

Recipient: Andrea Christian – Senior Administrative Assistant, City Secretary's Office (Authorized to Accept Service).